UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>DZINE, INC, a California corporation, and DOES 1 to 10, inclusive,<br><br>                                        Defendants. | Case No.:  20-cv-2003-JLS(BLM)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE AND SETTING TELEPHONIC CONFERENCE CALL** |

    In a notice of settlement dated January 28, 2021, counsel for Plaintiff informed the Court that the case has settled on an individual basis and that a "notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement." ECF No. 4.  On January 29, 2021, the parties were ordered to file a "fully executed stipulation for dismissal or voluntary dismissal" by March 1, 2021.  ECF No. 5.  The parties have failed to comply with that order.  As such, the in-person

Settlement Disposition Conference scheduled for March 11, 2021 is hereby vacated and all counsel of record are ordered to appear telephonically on **March 11, 2021** at **11:00 a.m.** The parties can join the conference call on March 11, 2021 by dialing (866) 590-5055 and using the Access Code 1951248.

**IT IS SO ORDERED**.

Dated:  3/8/2021

Hon. Barbara L. Major
United States Magistrate Judge