1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br><br>v.<br><br>DZINE, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>                                      Defendants. | Case No.:  20-cv-2003-JLS(BLM)<br><br>**ORDER VACATING TELEPHONIC CONFERENCE CALL AND GRANTING JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>**[ECF NO. 7]** |

18

19

20

21

22

        On March 10, 2021, the parties filed a Joint Motion to Continue the telephonic hearing set for March 11, 2021.  ECF No. 7.  The parties seek to continue the hearing scheduled for March 11, 2021 until March 31, 2021.  Id.  In support, the parties state that they "are working to finalize the last details of settlement".  Id.

23

24

25

26

27

28

        Good cause appearing, the parties' motion is **GRANTED**.  The telephonic hearing currently scheduled for March 11, 2021 is hereby vacated and the Settlement Disposition Conference is **CONTINUED** to **April 5, 2021** at **2:00 p.m.**  No later than **March 31, 2021**, Plaintiff is ordered to file her voluntary dismissal of the case or a stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.  If Plaintiff files a stipulation for dismissal, a proposed order on the stipulation for dismissal must be e-mailed to the district

1

1  judge's chambers[1] on the same day.  If the signed stipulation for dismissal or voluntary dismissal

2  is timely filed, the parties and attorneys are not required to make any further appearances before

3  Judge Major.

4       If the fully executed stipulation for dismissal or voluntary dismissal is not filed by **March**

5  **31, 2021**, then Plaintiff's counsel of record is required to appear in person for a Settlement

6  Disposition Conference.  The Settlement Disposition Conference will be held on **April 5, 2021**

7  at **2:00 p.m.** in **Courtroom 4C**.  If counsel of record for Plaintiff fails to appear at the

8  Settlement Disposition Conference, or Plaintiff fails to file the voluntary dismissal or stipulation

9  for dismissal in a timely manner, the Court will issue an order to show cause why sanctions

10  should not be imposed for failing to comply with this Order.

11       **IT IS SO ORDERED**.

12  Dated:  3/11/2021

13                                    Hon. Barbara L. Major
                                       United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26  ─────────────────

27  [1]  The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and

28  Procedures Manual, available at www.casd.uscourts.gov.

20cv2003-JLS(BLM)