1  Thiago Coelho, SBN 324715
2  thiago@whilshirelawfirm.com
3  Jasmine Behroozan, SBN 325761
   jasmine@wilshirelawfirm.com
4  **WILSHIRE LAW FIRM**
5  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
6  Telephone: (213) 381-9988
7  Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Melissa T. Daugherty, SBN 227451
Melissa.daugherty@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) -580-3908
Facsimile: (213) 250-7900

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DZINE, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-02003-JLS-BLM<br><br>*Assigned to Janis L. Sammartino and Magistrate Judge Barbara Lynn Major*<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)**<br><br>Complaint Filed: October 13, 2020<br>Trial Date:       None Set |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby apply to the Court to dismiss this action with prejudice as to all parties. Each party will bear her or its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 14, 2021   Respectfully Submitted,

*/s/ Thiago Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

Dated: April 14, 2021   Respectfully Submitted,

*/s/ Melissa Daugherty*
Melissa T. Daugherty
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*Attorneys for Defendant*