UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DZINE, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-CV-2003 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)**<br><br>(ECF No. 11) |

　　　Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice Pursuant to FRCP Rule 41(a)(1) ("Joint Mot.," ECF No. 11). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this action in its entirety **WITH PREJUDICE**, with each party to bear its own costs and fees.

　　　**IT IS SO ORDERED.**

Dated: April 16, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge